UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **BOARDS OF TRUSTEES OF THE OHIO LABORERS BENEFITS,** | * | Case No. 2:20-cv-5663 Sargus, J. |
| | * | Jolson, M.J. |
| *Plaintiffs,* | * | |
| v. | * | |
| **M. CAMPBELL CONTRACTING LLC,** | * | NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO RULE 41(a)(1)(A)(i) |
| *Defendant.* | * | |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs, by and through undersigned counsel, hereby give notice that the above-captioned action is voluntarily dismissed with prejudice against Defendant.

Respectfully submitted,

MANGANO LAW OFFICES CO., LPA

s/Ryan K. Hymore
Ryan K. Hymore (0080750)
3805 Edwards Road, Suite 550
Cincinnati, Ohio 45209
T: (513) 255-5888
F: (216) 397-5845
rkhymore@bmanganolaw.com

*Counsel for Plaintiffs*

**PROOF OF SERVICE**

I hereby certify service of this document shall be made upon counsel for Defendant by email on January 12, 2021 as follows: fortney@stark-knoll.com.

s/Ryan K. Hymore